IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60229
Summary Calendar

_____


JIMMY POWELL, also known as Jamel Hobson,

                              Petitioner-Appellant,

versus

JAMES V. ANDERSON, SUPERINTENDENT,
MISSISSIPPI STATE PENITENTIARY,

                              Respondent-Appellee.


----------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:95-CV-302-BN
----------------------
October 30, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Jimmy Powell, a/k/a Jamel Hobson, a Mississippi prisoner,

#56327, appeals the district court's denial of his 28 U.S.C.

§ 2254 petition for a writ of habeas corpus, arguing that the

district court erred in dismissing all but one of his eight

grounds of relief as procedurally defaulted and ruling meritless

his remaining claim, that the state trial court improperly

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

allowed the prosecution to cross-examine him upon the confession he had allegedly involuntarily given.  This court affirms for essentially the same reasons adopted by the district court. See Powell v. Hargett, No. 3:95-CV-302-BN (S.D. Miss. March 7, 1996).

    AFFIRMED.